# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 08-255 (1) JRT/FLN |
| Plaintiff, | |
| v. | **ORDER** |
| ANTON LAMONT BURNES, | |
| Defendant. | |

---

Erica MacDonald, Assistant United States Attorneys, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

Manvir Atwal, Assistant Federal Defender, **OFFICE OF THE FEDERAL DEFENDER,** 300 South Fourth Street, Suite 107, Minneapolis, MN 55415, for defendant.

This matter is before the Court upon the defendant's motion to exclude the period of time from the date of this order through June 15, 2009 from the Speedy Trial Act computations in this case. Pursuant to 18 U.S.C. § 3161(h)(8)(A), the Court finds that the ends of justice served by the granting of such continuance outweigh the best interest of the public and the defendant in a speedy trial. This finding is based on the facts set forth in the defendant's Statement of Facts in Support of Exclusion of Time Under Speedy Trial Act.

Accordingly, **IT IS HEREBY ORDERED** that the period from the date of this

order through June 15, 2009 shall be excluded from the Speedy Trial Act computations in this case.

Dated: May 5, 2009
at Minneapolis, Minnesota                              ___ _      s/John R. Tunheim    _____
                                                              JOHN R. TUNHEIM
                                                              United States District Judge