# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 08-255 (1) JRT/FLN |
| Plaintiff, | |
| v. | **ORDER** |
| ANTON LAMONT BURNES, | |
| Defendant. | |

Erica MacDonald, Assistant United States Attorneys, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

Manvir Atwal, Assistant Federal Defender, **OFFICE OF THE FEDERAL DEFENDER,** 300 South Fourth Street, Suite 107, Minneapolis, MN 55415, for defendant.

This matter is before the Court upon the defendant's motion to exclude time under the Speedy Trial Act computations in this case. Pursuant to 18 U.S.C. § 3161(h)(8)(A), the Court finds that the ends of justice served by the granting of such continuance outweigh the best interest of the public and the defendant in a speedy trial. This finding is based on the facts set forth in the defendant's Statement of Facts in Support of Exclusion of Time Under Speedy Trial Act.

Accordingly, **IT IS HEREBY ORDERED** that the period from the date of June 15, 2009 through the date in which trial begins shall be excluded from the Speedy Trial

Act computations in this case.

**IT IS FURTHER ORDERED** that the trial in this case is now continued to Monday, August 31, 2009 at 9:00 a.m. before the Honorable John R. Tunheim. The trial will be held in Courtroom 13E at the United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415. Voir dire and jury instructions shall be filed on August 17, 2009.


Dated: June 29, 2009
at Minneapolis, Minnesota         s/John R. Tunheim
                                                  JOHN R. TUNHEIM
                                            United States District Judge